UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, et al., | No. 2:14-cv-00908-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

On July 24, 2014, the parties informed the court of their agreement to stay this case during the City of Stockton's bankruptcy. Stip. & Proposed Order 3, ECF No. 5. On July 28, 2014, the court ordered the case stayed in its entirety as long as the automatic stay remained in place. Minute Order, ECF No. 7. The court also ordered the parties to file a joint status report every ninety days. *Id.* No status report has been filed. The parties are now ORDERED to file a joint status report within seven days. The parties are cautioned that failure to comply with the court's orders may result in sanctions.

IT IS SO ORDERED.

DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

1