UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, et al., | No. 2:14-cv-00908-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

On March 18, 2015, City of Stockton filed a motion to dismiss this action. ECF No. 11. The motion is currently scheduled for a hearing on May 8, 2015. ECF No. 13. The Local Rules of this District require an opposition or statement of non-opposition no later than fourteen days before the continued hearing date. E.D. Cal. L.R. 230(c). As of the date of this order, no plaintiff has filed an opposition or statement of non-opposition.

The court therefore ORDERS plaintiffs to show cause within fourteen days why they should not be sanctioned for filing no opposition, or notice of non-opposition. The hearing is VACATED, pending response to this order to show cause.

IT IS SO ORDERED.

DATED: May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

1