JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 222173
JAMES A. COOK, ESQ., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
James.cook@johnburrislaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, individually and as Co-Successor-in-Interest for Decedent JAMES COOKE; et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>JEREMY EDENS, in his individual and official capacity as Police Officer for the City of Stockton; et al.<br><br>　　　　　　Defendants. | Case No.: 2:14-cv-00908-KJM-KJN<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER |

　　IT IS HEREBY STIPULATED by and between plaintiffs Breanna Cooke, et al., ("Plaintiffs") and Jeremy Edens, et al., ("Defendants"), by and through their attorneys of record, that GOOD CAUSE exists and the parties respectfully request that the Court continue the Settlement Conference, in the above-entitled action presently set for Wednesday, August 24, 2016 at 9:30 a.m. to a new date of Wednesday, January 18, 2017 at 9:30 a.m.

　　During the pendency of this case, counsels for the parties have worked diligently to

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No.: 2:14-cv-00908-KJM-KJN

prepare their cases in accordance with the Court's Pretrial Scheduling Order issued on July 22, 2015.  Despite the parties' best efforts, the parties still have to work through preliminary written discovery Responses and scheduling depositions of the witnesses in this case.  Furthermore, evaluating the case and the themes of the litigation cannot adequately be completed without the information from these key depositions.

As such, the parties cannot conduct a meaningful Settlement Conference until preliminary written discovery Responses and depositions have been completed.

Based on the foregoing, the parties respectfully request that this Court continue the Settlement Conference to a new date of Wednesday, January 28, 2017 at 9:30 a.m.

                                      Respectfully submitted,

Dated: August 17, 2016        /s/ Benjamin Nisenbaum
                                      Benjamin Nisenbaum, Esq.
                                      **LAW OFFICES OF JOHN L. BURRIS**
                                      Attorney for Plaintiffs
                                      BREANNA COOKE, et al.

Dated: August 17, 2016        /s/ Bryan Rome
                                      (as authorized on August 17, 2016)
                                      Bryan Rome, Esq.
                                      Deputy City Attorney
                                      **CITY OF STOCKTON**
                                      Attorney for Defendants
                                      JEREMY EDENS, et al.

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or been authorized by all counsel to show his or her signature on this Stipulation as /s/.

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No.: 2:14-cv-00908-KJM-KJN

**ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference is hereby continued from Wednesday, August 24, 2016, at 9:30 a.m., to a new date of Wednesday, January 18, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  August 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE