JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq. SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

BREANNA COOKE, individually and as Co-Successor-in-Interest for Decedent JAMES COOKE; SAYEE MCCARTHY, individually and as Co-Successor-in-Interest for Decedent JAMES COOKE and SHEILA BLAKELY-SINCLAIR, Guardian Ad Litem for minor A.C., individually and as Co-Successor-in-Interest

      Plaintiffs,
  v.

CITY OF STOCKTON, a municipal corporation; JEREMY EDENS, in his individual and official capacity as Police Officer for the City of Stockton; KEVIN HESS, in his individual and official capacity as Police Officer for the City of Stockton; GABRIEL GUERRERO, in his individual and official capacity as Police Officer for the City of Stockton; JAMES MANOR, in his individual and official capacity as Police Officer for the City of Stockton; and IRSHAD MOHAMMED, in his individual and official capacity as Police Officer for the City of Stockton and DOES 1-50, inclusive,

      Defendants.

Case No.: 2:14-cv-00908-KJM-KJN

**ORDER AMENDING SCHEDULING ORDER TO ALLOW FOR PHASED DISCOVERY**

1

4835-4019-0276.1

## **ORDER**

Pursuant to the parties' stipulation, good cause based on the parties' good-faith efforts to mitigate costs while conducting phased discovery necessary to conduct settlement discussions, the Court hereby grants the parties stipulation and orders as follows:

    a. Each party shall take up to five fact discovery depositions;

    b. The parties shall exchange liability and causation expert witness reports confidentially subject to the mediation privilege by April 14, 2017;

    c. The parties shall confer after the confidential exchange of liability and causation by April 21, 2017, regarding whether to engage in further settlement discussions. Following the meet and confer, the parties shall notify Magistrate Judge Newman if they decide to engage in a further settlement conference, in which case the settlement conference shall be completed by May 26, 2017. Should the case not resolve at a further settlement conference, the Court shall adopt the modifications to its Scheduling Order set forth in section (d) below.

    d. In the event the parties do not agree to a further settlement conference after conferring, the parties shall notify the Court, and the Court shall issue the following modification to the its Scheduling Order:

        1. The parties shall exchange Opening Expert Witness Designations and Reports by June 2, 2017;

        2. The parties shall exchange Rebuttal Expert Witness Designations and Reports by July 10, 2017;

        3. Fact discovery shall re-open June 29, 2017, and all discovery shall close by July 24, 2017.

4835-4019-0276.1

        4.   No other dates in the Court's Scheduling Order shall be affected and all other provisions of that Order remain in effect.

**IT IS SO ORDERED.**

Dated:  March 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

3