<u>RESUME</u>

<u>PERSONAL:</u>

Don Stuart Cameron
2336 Banbury Loop
Martinez, Ca 94553
(925) 228-0318 - FAX (925) 228-0890

<u>EMPLOYMENT:</u>

Cameron Consulting                 1984-Present

Cameron Consulting is a physical skills teaching firm that provides contractual instruction to police agencies; college districts; private security companies; private corporations and the United States Military.  Currently on staff or teaching at Sacramento Public Safety Training Center; Napa Valley Police Academy;  Alameda County Sheriff's Regional Training Center;  Contra Costa County Sheriff's Regional Training Center and Mott Training Center.

Litigation Consultant in Police Practices Cases on Use of  Force; Policy and Procedure; Training; Laws of Arrest  - 1978 - Present

Court Appointed Monitor for the special injunction between the City and County of San Francisco and Ten 15 Folsom Club

Distributor for FIST Equipment  1991-Present

Clough/Cameron Consultants  1981-1984

Clough/Cameron Consultants was a partnership providing instruction in physical skills on a contractual basis.  The partnership was dissolved and Cameron Consulting was formed.

Bay Area Rapid Transit District Police Department   1972-1981

Served as a police sergeant:  2 years in personnel and training; 2 years narcotics/plain clothes supervisor; 1 year background investigations and 4 years patrol supervisor.

Berkeley Police Department                       1966-1972

Served as a senior patrolman:  5 years patrol and 2 years community relations.

1

EDUCATION:

Balboa High School                        San Francisco

San Francisco City College                Associates Degree - Business
                                          Management (Hotel & Restaurant)

California Coast University               Bachelors Degree - Business
                                          Management

CREDENTIALS:

California Community College Teaching Credential - Limited Service & Instructor

California Adult Education Teaching Credential

POLICE CERTIFICATES:

California Commission on Peace Officers Standards and Training (P.O.S.T.)

Basic Certificate
Intermediate Certificate
Advanced Certificate
Supervisory Certificate

RELATED CERTIFICATES:

Martial Arts Training - Third Degree Black Belt - Karate & Seventh Degree Ranking - U.S.A. Aki Jujitsu

F.B.I. Certificated Range Master

F.B.I. Certificated Chemical Agent Instructor

F.B.I. Certificated Special Weapons and Tactics Instructor

Consumers Affairs Baton Instructor

Standards and Training for Corrections Certified Instructor (S.T.C.):

        Defensive Tactics Instructor
        Impact Weapons Instructor
        Management of Assaultive Behavior
        Strike Team

2

P.O.S.T. Certified Instructor Trainer:

       Weaponless Defense
       Impact Weapons
       Ground Control
       Survival Shooting
       Basic Firearms
       Crowd Control

P.O.S.T. Certified Instructor:

       Basic S.W.A.T.
       Advanced S.W.A.T.
       Officer Safety (uniform and plain clothes)
       Vehicle Stops
       Building Search

P.O.S.T. Subject Matter Expert Committee Member:

       Use of Force
       Physical Methods of Arrest/Baton
       Crowd Control
       Less Lethal Munitions
       Firearms
       Persons with Disabilities
       Controlling Violent Subjects

Accuracy Systems Incorporated Certified Flash Bang Instructor

RELATED POLICE SCHOOLS:

P.O.S.T. Basic Police Training - Berkeley
P.O.S.T. Supervisory School - Modesto
F.B.I. Basic S.W.A.T. - Concord
F.B.I. - S.W.A.T. Instructor - Novato
Defensive Tactics Instructor - Koga Institute
Progressive Discipline for Supervisors - Oakland
Many Other Police Schools

LOCATIONS TRAINING PROGRAMS HAVE BEEN PRESENTED:

| | |
|---|---|
| California | Idaho |
| Nevada | New York |
| Hawaii | New Jersey |
| Georgia | Canada |
| Colorado | Oregon |

3

PUBLICATIONS/ARTICLES:

Physical Skills Development Manual
Yawara Stick Training Manual
Weaponless Defense Instructors Manual
Impact Weapons Instructors Manual
Ungun Training Manual
Tactical Edge
Awarebics Training Manual
The "Back-up" - Vehicle Extractions

VIDEOS:

Weaponless Defense Instructor
Impact Weapon Instructor
Ground Control Instructor
Awarebics
POST - "Handling Violent Subjects" I & II
Managing Civil Disobedience

AREAS OF EXPERTISE:

Assaultive Behavior Management
Building Search
Crisis Management
Crowd Control
Defensive Tactics
Injuries Caused by Weaponless Defense Techniques
Injuries Caused by Impact Weapons
Impact Weapons
Laws of Arrest
Officer Survival
Police Practices
Policy and Procedure
Proper/Improper Application of Neck Restraints
Proper/Improper Law Enforcement Training
Security Personnel Training
Self Defense for Women
Special Weapons and Tactics
Standards and Training for Corrections
Supervision
Use of Deadly Force
Use of Force
Vehicle Stops
Weaponless Defense

4

GUEST SPEAKER:

PORAC - Training and use of force

Central San Joaquin Valley Risk Management Authority - Policy, ADA and the use of force

Bay Cities Joint Powers Insurance Authority - Policy - ADA and the use of force

Association of Defense Counsel of Northern California, Nevada - ADA and the use of force

Municipal Management Association of Northern California - Civil Rights, Laws & Use of Force (Winter Forum 2012)

PARMA - Crowd Dynamics, Case Law & Force Options (2012 Annual Conference)

QUALIFIED AS POLICE PRACTICES EXPERT:

District Court:

| | |
|---|---|
| Northern | Northern Philadelphia |
| Southern | Las Vegas, Southern |
| Eastern | Arizona |
| Central | Alaska, Anchorage |

Superior Court:

| | |
|---|---|
| San Francisco | Los Angeles |
| Stockton | Fairfield |
| Bakersfield | Oakland |
| Sacramento | Marin |
| San Jose | Reno |
| San Luis Obispo | Yolo |
| Solano | Nevada |
| El Dorado | Mendocino |
| San Mateo | Monterey |
| Contra Costa | Santa Cruz |
| Fresno | Placer |
| Alameda | |