UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, et al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF STOCKTON, et al,<br><br>　　　　Defendants. | No. 2:14-cv-0908-KJM-KJN<br><br><br><br>ORDER |

An informal telephonic discovery conference was held on July 11, 2017, at 10:00 a.m. Attorneys Benjamin Nisenbaum and James Cook appeared on behalf of plaintiffs, and attorneys Carolyn Frank and Ronald Scholar appeared on behalf of defendants. During the conference, it was established that plaintiffs' counsel had not reached out to all of the potential witnesses to ascertain their availability for depositions dates, and Mr. Nisenbaum admitted to not having read Ms. Frank's letter (ECF No. 80), which precipitated the conference.

During the discussion, the parties were able to confirm a few depositions. As to the remaining deponents, plaintiffs were unprepared to set dates during the conference. Accordingly, IT IS HEREBY ORDERED that:

1. A subsequent informal telephonic discovery conference is set for Thursday, **July 13, 2017, at 9:30 a.m**. (with the parties to inform the court by 9:00 a.m. that day whether the conference is still needed).

1

2. Prior to the next conference, plaintiffs' counsel shall provide defendants' counsel dates, times, and locations for the depositions of: Sayee McCarthy; Landis Cooke; Hans Madave; and Mr. Roger Clark. Plaintiffs' counsel shall prepare a joint statement and proposed stipulation to modify discovery deadlines, on behalf of the parties. This joint statement and proposed stipulation shall be provided to the court **no later than 9:00 a.m. on July 13, 2017**. The court will consider the necessity of sanctions during the upcoming conference, if plaintiffs are unable to contact proposed witnesses and/or confirm deposition dates.

3. The following depositions will move forward as scheduled, with court reporters to be provided by defendants:

   a. **Dr. Bennet Omalu** on July 14, 2017, at 9:00 a.m.
   b. **Sheila Blakely-Sinclair** on July 17, 2017, at 1:30 p.m.
   c. **Dr. Werner Spitz** on July 18, 2017, at 10:30 a.m., at Dr. Spitz's office outside of Detroit, MI. (Plaintiffs' counsel shall insure that defendants have the address of Dr. Spitz's office.)
   d. **Dr. Alan Barbour** on July 21, 2017, at 10:00 a.m.
   e. **Dr. BL Posey** on July 21, 2017, at 12:00 p.m.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE