DENNIS M. COTA, Bar No. 127992
dcota@cotalawfirm.com
RONALD J. SCHOLAR, Bar No. 187948
rscholar@cotalawfirm.com
CAROLYN J. FRANK, Bar No. 245479
cfrank@cotalawfirm.com
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, CA 95661
Telephone:     (916) 780-9009
Facsimile:     (916) 780-9050

Attorneys for Defendants
JEREMY EDENS, KEVIN HESS, GABRIEL
GUERRERO, JAMES MANOR, IRSHAD
MOHAMMED, ERIKA GONZALEZ, SGT.
DUANE CANTWELL, PAUL DONA, AND
EDWARD WEBB

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BREANNA COOKE, individually and as Co-
Successor-In-Interest for Decedent JAMES
COOKE, et al.,

            Plaintiffs,

         v.

JEREMY EDENS, in his individual and
official capacity as Police Officer of the City of
Stockton, et al.,

            Defendants.

Case No. 2:14-CV-00908-KJM-KJN
Hon. Kimberly J. Mueller

**STIPULATION AND ORDER RE EXPERT
WITNESSES**

1    WHEREAS Plaintiffs disclosed Dr. Alan Barbour and Dr. B. L. Posey as non-retained

2    experts in this case;

3    WHEREAS the parties appeared at a telephonic discovery hearing with Magistrate Judge

4    Newman on July 11, 2017;

5    WHEREAS as a result of this discovery hearing Magistrate Judge Newman entered a

6    minute order on July 12, 2017 (Docket Number 83) ordering that the deposition of Dr. Alan

7    Barbour would go forward on July 21, 2017 at 10:00 am[1] and the deposition of Dr. B. L. Posey

8    would go forward on July 21, 2017 at 12:00 pm;

9    WHEREAS upon further discussion between the parties, Defendants agree that Plaintiffs

10   can rely upon the report of Dr. Barbour and Dr. Posey as relied upon by Plaintiffs other experts;

11   WHEREAS Defendants further agree to not challenge the authenticity or accuracy of the

12   report of Dr. Barbour and Dr. Posey;

13   WHEREAS based upon these agreements, Plaintiffs agree they will not call either

14   Dr. Barbour or Dr. Posey to testify as witnesses at trial unless Defendants first challenge the

15   authenticity or accuracy of the report of Dr. Barbour and Dr. Posey in violation of this agreement;

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

---

[1] The minute order actually states July 31, 2017, but this was a typo and was corrected by further minute order on July 13, 2017.  (Docket Number 85)

{CF/00052691. }

1      THEREFORE, it is stipulated by and between all parties that the depositions of

2  Dr. Barbour and Dr. Posey will be taken off calendar.

3  Dated:  July 19, 2017                    LAW OFFICES OF JOHN L. BURRIS

4

5                                           By:    /s/ Ben Nisenbaum
6                                              Ben Nisenbaum (as authorized on 7/19/17)
                                               Attorneys for Plaintiffs

7  Dated:  July 19, 2017                    COTA COLE & HUBER LLP

8

9                                           By:    /s/ Carolyn J. Frank
10                                             Dennis M. Cota
                                               Ronald J. Scholar
11                                             Carolyn J. Frank
                                               Attorneys for Defendants

12

13                          **ORDER**

14      IT IS SO ORDERED.

15  DATED: August 2, 2017.

16

17
                                        _____
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28