1  JOHN L. BURRIS, Esq., SBN 69888
   BEN NISENBAUM, Esq. SBN 222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Center
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200 Facsimile: (510) 839-3882
5  John.Burris@johnburrislaw.com

6  Attorneys for Plaintiff
   BREANNA COOKE, et al.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12 | BREANNA COOKE, et al.,               ) Case No.: 2:14-cv-00908-KJM-KJN
                                          )
13 |                  Plaintiffs,          ) **PLAINTIFFS' EXHIBIT LIST**
       v.                                 ) **(AMENDED)**
14 |                  Plaintiffs, v.       )
   | JEREMY EDENS, et al.,                )
15 |                                      )  Date:
                                          )  Time:
16 |                  Defendants.          )  Courtroom   3, 15th Floor
                                          )
17 |                                      )  Trial Date:
                                          )
18 |                                      )  Hon. Kimberly J. Mueller
                                          )
19 |                                      )
                                          )
20

21  **The plaintiffs submit the following Amended Exhibit List Addendum:**

22
| EX. # | DESCRIPTION / BATES NOS. | WITNESS | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| 1. | Incident scene photographs produced by Defendants, file nos. 2299744, 47, 65, 68, 98, 2299801, 04, 10, 13, 16, 19, 22, 25, 28, 31, 34, 37, 40, 43, 46, 49, 52, 58, 61, 64, 67, 70, 73, 76, 79, 2299942, 48, 60, 66 69, 72, 75, 78, 81, 84, 87, 230005, 08, and | | | | |

28 Plaintiffs' Exhibit List (Amended)                1
   2:14-cv-00908-KJM-KJN

| EX. # | DESCRIPTION / BATES NOS. | WITNESS | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| | Bates stamp numbers (overhead photos) COS000276, 78. | | | | |
| 2. | Incident scene diagrams, COS000277, 79 | | | | |
| 3. | Radio Dispatch recordings | | | | |
| 4. | CAD records, call history pertaining to subject incident | | | | |
| 5. | Video footage from San Joaquin County Hospital pertaining to Defendants' and Decedent's arrival and entry to hospital | | | | |
| 6. | Autopsy photographs of Decedent's injuries | | | | |
| 7. | Autopsy report pertaining to Decedent | | | | |
| 8. | Toxicology report pertaining to Decedent | | | | |
| 9. | Police baton (or same model) used by Defendant Mohammed against Decedent | | | | |
| 10. | Police flashlight (or same model) used by Defendant Hess against Decedent | | | | |
| 11. | Police gun (or same model) used by Defendant Edens to hold Decedent at gunpoint | | | | |
| 12. | Wrap restraint device (or same model) used on Decedent | | | | |
| 13. | Handcuffs (or same model) used on Decedent | | | | |
| 14. | Decedent's medical records from subject incident | | | | |
| 15. | Interview of Defendant Edens with transcript (marked for | | | | |

| EX. # | DESCRIPTION / BATES NOS. | WITNESS | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
|  | identification only) |  |  |  |  |
| 16. | Interview of Defendant Hess with transcript (marked for identification only) |  |  |  |  |
| 17. | Interview of Defendant Guerrero with transcript (marked for identification only) |  |  |  |  |
| 18. | Interview of Defendant Manor with transcript (marked for identification only) |  |  |  |  |
| 19. | Interview of Defendant Mohammed with transcript (marked for identification only) |  |  |  |  |
| 20. | Interview of Defendant Gonzalez with transcript (marked for identification only) |  |  |  |  |
| 21. | Interview of Defendant Cantwell with transcript (marked for identification only) |  |  |  |  |
| 22. | Interview of Defendant Dona with transcript (marked for identification only) |  |  |  |  |
| 23. | Interview of Defendant Webb with transcript (marked for identification only) |  |  |  |  |
| 24. | POST Learning Domain 20 (version in effect at time of subject-incident) |  |  |  |  |
| 25. | POST Learning Domain 33 (version in effect at time of subject-incident) |  |  |  |  |
| 26. | Crime scene records produced by Defendants |  |  |  |  |
| 27. | Decedent's prior medical records |  |  |  |  |

| EX. # | DESCRIPTION / BATES NOS. | WITNESS | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| 28. | Family photographs | | | | |
| 29. | Family memorabilia | | | | |

Plaintiffs reserve the right to use any exhibit identified by Defendants in their exhibit list.

Date: September 13, 2017                                   LAW OFFICES OF JOHN L. BURRIS


                                                           /s/ Benjamin Nisenbaum
                                                           Benjamin Nisenbaum
                                                           Attorneys for Plaintiffs,
                                                           BREANNA COOKE, et al.