1  DENNIS M. COTA, Bar No. 127992
   dcota@cotalawfirm.com
2  DANIEL S. ROBERTS, Bar No. 205535
   droberts@cotalawfirm.com
3  CAROLYN J. FRANK, Bar No. 245479
   cfrank@cotalawfirm.com
4  COTA COLE & HUBER LLP
   2261 Lava Ridge Court
5  Roseville, CA  95661
   Telephone:   (916) 780-9009
6  Facsimile:    (916) 780-9050

7  Attorneys for Defendants
   JEREMY EDENS, KEVIN HESS, GABRIEL
8  GUERRERO, JAMES MANOR, IRSHAD
   MOHAMMED, ERIKA GONZALEZ, SGT.
9  DUANE CANTWELL, PAUL DONA, and
   EDWARD WEBB

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, individually and as Co-Successor-In-Interest for Decedent JAMES COOKE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JEREMY EDENS, in his individual and official capacity as Police Officer of the City of Stockton, et al.,<br><br>  Defendants. | Case No. 2:14-CV-00908-KJM-KJN<br><br>Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER RE FILING DISMISSAL DOCUMENTS**<br><br><u>Trial</u>:<br>Date:         Vacated<br>Time:<br>Courtroom   3, 15th Floor |

{CF/00057086. }

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
Case No. 2:14-cv-00908-KJM-KJN

## **STIPULATION**

The parties have agreed on language for a complete settlement of the above-captioned action. The parties have secured the signatures of all Plaintiffs and all but one of the Defendants on a Settlement Agreement. The parties hereby request 60 days from the date of this filing to secure the remaining necessary signature on the Settlement Agreement and to subsequently file the Dismissal of the above-captioned case.

IT IS SO STIPULATED.

Dated: February 26, 2018　　　　　　　　　　LAW OFFICES OF JOHN L. BURRIS

By:　/s/ *Ben Nisenbaum*
　　　Ben Nisenbaum
　　　Attorneys for Plaintiffs

Dated: February 26, 2018　　　　　　　　　　COTA COLE & HUBER LLP

By:　/s/ *Carolyn J. Frank*
　　　Dennis M. Cota
　　　Carolyn J. Frank
　　　Daniel S. Roberts
　　　Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: February 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE