DENNIS M. COTA, Bar No. 127992
dcota@cotalawfirm.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@cotalawfirm.com
CAROLYN J. FRANK, Bar No. 245479
cfrank@cotalawfirm.com
COTA COLE & HUBER LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:     (916) 780-9009
Facsimile:      (916) 780-9050

Attorneys for Defendants
JEREMY EDENS, KEVIN HESS, GABRIEL GUERRERO, JAMES MANOR, IRSHAD MOHAMMED, ERIKA GONZALEZ, SGT. DUANE CANTWELL, PAUL DONA, and EDWARD WEBB

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA COOKE, individually and as Co-Successor-In-Interest for Decedent JAMES COOKE, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>JEREMY EDENS, in his individual and official capacity as Police Officer of the City of Stockton, et al.,<br><br>         Defendants. | Case No. 2:14-CV-00908-KJM-KJN<br><br>Hon. Kimberly J. Mueller<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br><u>Trial</u>:<br>Date:         vacated<br>Time:<br>Courtroom    3, 15th Floor |

{DMC/00057614. }

## **STIPULATION**

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of the above-captioned matter, including all claims stated herein.

SO STIPULATED AND AGREED.

Dated:  March 23, 2018         LAW OFFICES OF JOHN L. BURRIS

By:   /s/ *Ben Nisenbaum*
    Ben Nisenbaum
    Attorneys for Plaintiffs

Dated:  March 23, 2018         COTA COLE & HUBER LLP

By:   /s/ *Dennis M. Cota*
    Dennis M. Cota
    Carolyn J. Frank
    Daniel S. Roberts
    Attorneys for Defendants

{DMC/00057614. }                             -1-

1 **[PROPOSED] ORDER**

The joint stipulation of the parties for dismissal with prejudice is hereby approved. The entire action, including all claims stated herein, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:_____

Hon. Kimberly J. Mueller
Judge of the U.S. Eastern District Court